IN UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JEFFERY MULLINS                                                       PLAINTIFF

vs.                                        Case No. 07-6010

CITY OF HOT SPRINGS, ARKANSAS                            DEFENDANT

## JUDGMENT

On the 27th and 28th days of November, 2007, this matter came on for trial. An eight-person jury was empanelled and heard the evidence, after which the jury was instructed by the Court, heard the arguments of counsel, and retired for deliberations. The jury returned a verdict finding that Defendant terminated Plaintiff's employment in violation of the Family and Medical Leave Act; that Defendant would not have terminated Plaintiff's employment if it had not considered Plaintiff's absences from work due to his serious health condition; and that Defendant did not act in good faith when it terminated Plaintiff. The jury awarded Plaintiff Fifty Thousand Dollars ($50,000.00) in damages.

Subsequent to the rendition of the jury's verdict, the parties agreed that Plaintiff should be awarded an additional Eighty Thousand Dollars in damages, which shall be allotted as follows:

1. Fifty Thousand Dollars as liquidated damages;

2. Nineteen Thousand Dollars ($19,000.00) as attorney fees, based upon a lodestar of 108.6 hours at an hourly rate of $175.00 per hour;

3. One Thousand Dollars ($1,000.00) as costs of litigation; and

4. Ten Thousand Dollars ($10,000.00) as front pay in lieu of reinstatement.

IT IS THEREFORE ORDERED that Jeffrey Mullins is awarded judgment against the City of Hot Springs, Arkansas, in the sum of One Hundred Thirty Thousand and no/100 dollars

1

($130,000.00), with interest at the rate of 3.25% per annum from the date of this Judgment until paid, for all of which execution may issue.

IT IS SO ORDERED this 7th day of December, 2007.

_____
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE

Approved as to Form and Content:

_____
Reggie Koch,
Attorney for Jeffrey Mullins

_____
Brian Albright,
Attorney for City of Hot Springs, Arkansas

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 07 2007

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK